JUNE D. COLEMAN, CSBN 191890
jcoleman@kmtg.com
DANIELLE R. TEETERS, CSBN 210056
dteeters@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone:   (916) 321-4500
Facsimile:    (916) 321-4555

Attorneys for Defendant
DIVERSIFIED COLLECTION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SPIKER,<br><br>               Plaintiff,<br><br>v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1-10, inclusive,,<br><br>               Defendants. | CASE NO. CV 11-4298-JSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint served:**     08/30/2011<br>**Current response date:** 10/21/2011<br>**New response date:**   11/07/2011 |

       It is hereby stipulated by and between Plaintiff RACHEL SPIKER and Defendant DIVERSIFIED COLLECTION SERVICES, INC., through and by their respective counsel of record herein, that DIVERSIFIED COLLECTION SERVICES, INC. has an extension of time to

///
///
///
///
///
///

984367.1 12344.027

CV 11-4298-JSC

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

file a responsive pleading to the Complaint in the above-entitled action up to and including November 7, 2011.

Dated: November 1, 2011

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation

By: /s/ June D. Coleman
June D. Coleman
Danielle R. Teeters
Attorneys for Defendant
DIVERSIFIED COLLECTION SERVICES, INC.

Dated:  November 1, 2010

CONSUMER LAW OFFICE OF ROBERT STEMPLER APLC

By:/s/ Lara Shapiro
LARA SHAPIRO
Attorney for Plaintiff
RACHEL SPIKER.

Dated: 11/8/2011

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I, Debbie Kick, declare:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 400 Capitol Mall, 27th Floor, Sacramento, California 95814. On November 2, 2011, I served a copy of the within document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed FEDEX envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FEDEX agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) on file with the court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 2, 2011, at Sacramento, California.

*Debbie Kick*
Debbie Kick